## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SHALON MCNEAL, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 23-cv-17127 |
| | ) | |
| CHICAGO PUBLIC SCHOOLS, *et al,* | ) | Judge Sara Ellis |
| Defendants. | ) | |

### Defendant's Status Report

Defendant Chicago Public Schools (formally known as The Board of Education of the City of Chicago) reports on the status of the parties' settlement.

1.      On February 14th, the parties filed a Joint Motion to advise the Court that the parties were attempting to settle this case.

2.      Since then, the parties have executed a binding settlement agreement that resolves this entire litigation. In that settlement agreement, the parties agreed that Plaintiff Shalon McNeal would dismiss this entire case (in an unopposed motion, with each side to bear its own costs) after the Board makes its settlement payment.

3.      On March 8, 2024, the Board sent its settlement payment in accordance with the mailing instructions received from Ms. McNeal's Counsel. The Board anticipates that, within the next week, Ms. McNeal will have filed an unopposed motion to dismiss this lawsuit in its entirety, with each side to bear its own costs.

4.      Given that the parties have now settled this case, the Board is not filing an answer (or motion) under Rule 12 at this time. However, if the Court needs

the Board to file a formal motion to stay the due date for the Board's answer or other motion in response to Ms. McNeal's Complaint, the Board can file such a scheduling motion promptly.

5.      Under the schedule for the case *(ECF 12)*, the parties will owe the Court a Status Report on April 23, 2024. The Board anticipates that this case will have been dismissed before then. But if this entire case has not been dismissed by that April 23rd due date, the Board will file a document to address the status of these proceedings.

Respectfully submitted,

Ruchi Verma, General Counsel

March 11, 2024          /s/ *Thomas A. Doyle*

Thomas A. Doyle, Assistant Deputy General Counsel (tadoyle2@cps.edu)
Wynetta D. McIntosh, Assistant General Counsel (wdmcintosh@cps.edu)
Board of Education of the City of Chicago, Law Department
One North Dearborn, Suite 900
Chicago, Illinois 60602
(773) 553-1700

**Counsel for Defendant Board of Education of the City of Chicago**

## <u>CERTIFICATE OF SERVICE</u>

On March 11, 2024, I caused the foregoing document to be filed and served using the CM/ECF system.

_/s/ Thomas A. Doyle_